IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40580
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN GRAY LOCKABY; BYRON DALE McLEOD,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Eastern District of Texas
(3:93-CR-9-2)
_____

December 14, 1999

Before JOLLY, EMILIO M. GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED.  See 47.6.

A F F I R M E D.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.